DB10016PG0283

# DEED

THIS DEED made this 31 day of JANUARY, 2013, between – **SPEEDWAY LLC, a Delaware Limited Liability Company f/k/a Speedway SuperAmerica, LLC,** party of the first part; whose mailing address is 500 Speedway Drive, Enon, OH 45323; and **SCHLEICHER HOLDINGS LLC, an Indiana Limited Liability Company,** party of the second part; whose mailing address is 7604 State Highway 60, Sellersburg, IN 47172; **Tax Bills In-Care-of Address:** Until further notice the 2013 and subsequent tax bills should be mailed to: Schleicher Holdings LLC, 7604 State Highway 60, Sellersburg, IN 47172;

The total sale price of the property herein conveyed is **$60,000.00**;

**WITNESSETH:** - That for a valuable consideration paid, the receipt of which is hereby acknowledged, the party of the first part hereby conveys with covenant of **SPECIAL WARRANTY** unto the party of the second part in fee simple, the following described real estate situated in Jefferson County, Kentucky, to-wit:

**BEING Parcel A,** as shown on Minor Subdivision Plat Docket No. 18228 of record in Deed Book 10016, Page 283, in the Office of the Clerk of the County Court of Jefferson County, Kentucky, having been approved by Louisville Metro Planning Commission on December 13, 2012.

**BEING** the same property acquired by **Speedway SuperAmerica, LLC n/k/a Speedway LLC,** by Deed dated **December 9, 1997,** of record in **Deed Book 7020, Page 875,** in the Office of the Clerk of the County Court of Jefferson County, Kentucky.

As a result of this Deed the new description of 5462 New Cut Road is as follows:

**BEING LOT 1,** as shown on Minor Subdivision Plat Docket No. 18228 of record in Deed Book 10016, Page 283, in the Office of the Clerk of the County Court of Jefferson County, Kentucky, having been approved by Louisville Metro Planning Commission on December 13, 2012.

By acceptance hereof, second party agrees that for a period of twenty-five (25) years from and after the date of this conveyance, the premises shall not be used for a convenience store or for the sale, marketing, storage or advertising of petroleum fuels, motor oils or tobacco products, and that this restriction shall be a covenant running with the land and shall be contained in and made a part of every deed, mortgage, lease or other instrument affecting the title to said premises.



EXHIBIT A

The party of the first part covenants that it is lawfully seized of the estate hereby conveyed, has full right and power to convey the same, and that said estate is free from all encumbrances except (a) taxes and assessments (both general and special), not then due and payable; (b) zoning ordinances, subdivision and planning laws and regulations and building restrictions and all laws, rules and regulations relating to land and structures and heir use, including but not limited to governmental regulations relating to buildings, building construction, building lines and occupancy restrictions, and violations of any of the foregoing; (c) easements, conditions, reservations, agreements and restrictions of record, except permanent easements for drainage as conveyed to The Commonwealth of Kentucky for the use and benefit of the Department of Transportation and being Parcels 6-A and 6-B in Deed dated December 10, 1976, and recorded in Deed Book 4900, Page 796, in the aforesaid Clerk's Office and the restriction contained in this Deed; (d) such a state of facts as an accurate survey might show; and (e) all legal roads and highways.

This deed is subject to the following reservations, restrictions and conditions which shall be covenants running with the land and shall be binding upon Grantee, its successors, assigns and all future owners of the premises, and their respective directors, officers, employees, contractors, agents, representatives, lessees, licensees, invitees, and any user or occupant of all or any portion of the premises (collectively, "Grantee", for purposes of these reservations, restrictions and conditions):

a. SPEEDWAY LLC, its successors and assigns ("Grantor") reserves the right to enter upon the premises, at no cost to Grantor, at reasonable times to conduct any Corrective Action only as and when required by the governmental agency with jurisdiction (the "Agency") in connection with a release of petroleum hydrocarbons from Grantor's operations at a nearby/adjacent property. As used herein, the term, "Corrective Action", shall refer to one or more of the following activities: investigation, assessment, monitoring, sampling, analysis, cleanup, removal, disposal, on-site treatment, off-site treatment, active remediation, passive remediation, remediation alternatives including but not limited to risk-based corrective action ("RBCA"), if applicable, and/or other activities approved, concurred in or required by the Agency. In performing any Corrective Action at the premises, Grantor will have the right to rely on and use any current, future or revised or amended state cleanup/remediation standards, guidelines or criteria or revised federal cleanup/remediation standards, if applicable, including without limitation any site-specific risk-based soil and groundwater cleanup objectives or other similar RBCA policies administered by the Agency. In performing any Corrective Action at the premises, Grantor may also rely on and implement institutional controls as provided for in applicable laws, regulations and policies to ensure the protection of public health, safety or welfare and the environment. Grantee acknowledges that such institutional controls may require deed recordation running with the land at the premises. Such deed recordation would contain certain restrictions based on site-specific exposure such as prohibiting the use of groundwater at the premises, requiring that the use of the premises remain commercial/industrial, or requiring the premises, or a portion of the premises, to be paved or that existing pavement remain in place and be properly maintained. Grantee agrees to permit reasonable institutional controls regarding the premises in connection with Grantor's performance of any Corrective Action thereon. Grantee agrees to provide Grantor, at no cost to Grantor, with Grantee's written consent and signature as needed in

connection with the preparation, execution and recording of any necessary documents relating to any institutional controls which are to be recorded with the deed as part of Grantor's performance of Corrective Action. Such institutional controls, if necessary, would not prohibit the use of the premises for industrial/commercial purposes. Grantor reserves its legal appeal rights with respect to any orders, directives or requests of the Agency concerning but not limited to Corrective Action at the premises. Grantee agrees that, without prior written approval from Grantor, Grantee will not engage in any activity which would interfere with Grantor's performance of any Corrective Action at the premises. Such approval shall not be unreasonably withheld by Grantor. In the event that Grantee interferes with Grantor's performance of Corrective Action, Grantee agrees to pay Grantor for the reasonable costs incurred by Grantor as a result of any such interference, including, but not limited to, costs to replace monitoring wells that are damaged or destroyed by Grantee's activities.

b.  The use of the premises shall be restricted solely to industrial/ commercial use.

c.  The installation and/or existence of potable wells on the premises is prohibited. The groundwater underneath the premises shall not be used for any purpose whatsoever. This restriction, however, does not prohibit the installation or use of any compliance wells, or any groundwater monitoring, recovery or extraction wells or similar devices, used for or related to the performance of any Corrective Action.

d.  Grantee shall not have any claim against Grantor, or Grantor's parent companies, affiliates, predecessors, successors, assigns, subsidiary companies or their respective past, present and future officers, employees, agents and/or representatives (collectively, the "Released Parties"), based upon, related to or arising out of the presence of any contamination on, under or at the premises that existed on or before [insert date of closing]. The Released Parties are hereby forever released from any and all such claims including, but not limited to, any and all claims and statutory causes of action under the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), the Resource Conservation and Recovery Act (RCRA), the Clean Water Act, the state law equivalents of such acts, state and federal underground storage tank laws and regulations and all other environmental laws and regulations, all as amended. This release shall not apply to claims of breach of that certain Offer to Purchase (including Exhibit "B") dated August 20, 2012 between Grantor and Grantee that may arise in the future, or to any claims of new environmental contamination at the Premises which occurs after the date of closing, including the migration of said environmental contamination after the date of closing.

e.  Grantee agrees to adhere to, and comply with, the terms of any closure or no further action/remediation letter or determination from the Agency regarding Grantor's performance of any Corrective Action at the premises.

f.  Grantee hereby agrees to defend (with counsel reasonably acceptable to the Released Parties), indemnify and hold the Released Parties (as defined above) harmless from and against any and all liabilities, claims, losses, suits, actions, judgments, damages, costs (including reasonable attorneys' fees) or penalties that result from, arise out of or

DB10016PG0286

relate in any way to any violation of the reservations, restrictions and/or conditions contained in this deed.

g.  In case any one or more of the reservations, restrictions or conditions (or portions thereof) contained in this deed shall, for any reason, be held to be invalid, illegal or legally unenforceable, in any respect, such invalidity, illegality or unenforceability shall not affect any other portion of that provision or any other provision hereof (whether or not clearly divisible from such provision or portion thereof), and the above reservations, restrictions and conditions shall be construed and interpreted in the manner which is valid, legal and legally enforceable, and which is most nearly consistent with the intention of Grantor and Grantee as evidenced by the above reservations, restrictions and conditions.

**The consideration reflected in this Deed is the full consideration paid for the property herein conveyed.**

IN TESTIMONY WHEREOF, witness the signature of the party of the first part, this the date first herein written.

SPEEDWAY LLC, a Delaware Limited Liability Company f/k/a Speedway SuperAmerica, LLC

By: _____

Name: _____Glenn M. Plumby_____

Title: _____Vice President - Operations_____

STATE OF OHIO    )
                 ) SS
COUNTY OF CLARK  )

The foregoing Deed was acknowledged before me this 21st day of JANUARY, 2013, by **Glenn M. Plumby** as **Vice President, Operations** of SPEEDWAY LLC, a Delaware Limited Liability Company f/k/a Speedway SuperAmerica, LLC and the Consideration Certificate was sworn to by him on behalf of said company.

_____
Notary Public,

Katherine S Borgwald
Notary Public, State of Ohio
My Commission Expires March 16, 2014

My commission expires: March 16, 2014

DB10016PG0287

## CONSIDERATION CERTIFICATE

The Consideration reflected in this Deed is the full consideration paid for the property herein conveyed.

SCHLEICHER HOLDINGS LLC, an Indiana
Limited Liability Company

By: /s/ Richard J. Schleicher

Name: Richard L Schleicher

Title: Member/Partner

STATE OF ~~KENTUCKY~~ IN )
             Clark ) SS
COUNTY OF ~~JEFFERSON~~ )

The foregoing Consideration Certificate was sworn to me this 24 day of JANUARY, 2013, by Richard Schleicher as member/Partner of SCHLEICHER HOLDINGS LLC, an Indiana Limited Liability Company, on behalf of said company.

/s/ Lesley R Knier
Notary Public, ~~Jefferson County, Kentucky~~
Clark County, IN

My commission expires: May 23, 2015

PREPARED BY: /s/ H. Douglas Mann
H. Douglas Mann, Attorney
15th Floor PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
502-587-6544

Document No.: DN2013018251
Lodged By: doug mann
Recorded On: 02/01/2013    01:40:59
Total Fees:          95.00
Transfer Tax:        60.00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: SHESCH

DB10016PG0288

# LAND SURVEYOR'S CERTIFICATE

I HEREBY CERTIFY THAT THIS PLAT AND SURVEY WERE MADE UNDER MY SUPERVISION, AND THAT THE ANGULAR AND LINEAR MEASUREMENTS AS WITNESSED BY MONUMENTS SHOWN HEREON, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. THIS PLAT MEETS OR EXCEEDS THE MINIMUM STANDARDS FOR LAND SURVEYS AS DEFINED IN KENTUCKY ADMINISTRATIVE REGULATIONS, 201 KAR 18:150.

_____ 10/31/2012
MARK L. WILLMOTH, KYPLS 2852   DATE
FIELD SURVEY PERFORMED ON OCTOBER 29, 2012.

PURPOSE OF PLAT

THE PURPOSE OF PLAT IS TO SHIFT LOT LINES BY SUBDIVIDING PARCEL A FROM SPEEDWAY SUPERAMERICA, LLC PROPERTY AS RECORDED IN DEED BOOK 7020, PAGE 875, AND TO CONSOLIDATING PARCEL A WITH SCHLEICHER HOLDINGS, LLC PROPERTY, DEED BOOK 7314, PAGE 195.
PARCEL A AREA = 0.1266 ACRES, (5,515 SQ. FT.)



NOTE:
ANY SUBSEQUENT DEVELOPMENT ON SITE MUST ADHERE TO THE FORM DISTRICT TRANSITION ZONE STANDARDS OF SECTION 5.7 OF THE LAND DEVELOPMENT CODE.

THIS PLAT AMENDS THE W. E. STONESTREET SUBDIVISION RECORDED IN PLAT BOOK 1, PAGES 135 & 136.

SURVEY FOR OWNER & CLIENT
SCHLEICHER HOLDINGS, LLC
7604 HIGHWAY 60
SELLERSBURG, IN 47172-1837

OWNER'S ADDRESS
SPEEDWAY SUPERAMERICA, LLC
539 S. MAIN ST.
FINDLAY, OH 45840-3229
WI: 2012066

STATE OF KENTUCKY
MARK L. WILLMOTH
2852
LICENSED PROFESSIONAL
LAND SURVEYOR

COPYRIGHTED 2012
WILLMOTH INTERNATIONAL, PSC

CERTIFICATE OF APPROVAL
APPROVED THIS 13th DAY OF December, 2012
INVALID IF NOT RECORDED BEFORE THIS DATE: 12/13/2013
BY: _____
LOUISVILLE METRO PLANNING COMMISSION
APPROVAL SUBJECT TO ATTACHED CERTIFICATES.
SPECIAL REQUIREMENT(S): N/A
DOCKET NO. 18228

MINOR SUBDIVISION PLAT
SPEEDWAY SUPERAMERICA, LLC
7400 THIRD STREET ROAD
DEED BOOK 7020, PAGE 875
PVA NO. 062N-0096-0000
ZONE: C2, FORM DIST.: TOWN CENTER
SCHLEICHER HOLDINGS, LLC
5462 NEW CUT ROAD
DEED BOOK 7314, PAGE 195
PVA NO. 062N-0106-0000
ZONE: C1, FORM DIST.: TOWN CENTER

SHEET NO. 1 OF 3
SCALE IN FEET
GRAPHIC SCALE 1"=80'

WILLMOTH INTERNATIONAL, PSC
PROFESSIONAL LAND SURVEYING
205 S. BIRCHWOOD AVE.
LOUISVILLE, KY 40206
(502) 494-4654 WILLMOTH@BELLSOUTH.NET

18228

DB10016PG0289

TRANSPORTATION APPROVAL
MINOR PLAT
BY: [signature]
DATE: 12/12/12

METROPOLITAN SEWER DISTRICT REVIEW

This plat has been reviewed for storm drainage and sanitary sewer related considerations and Metropolitan Sewer District has no objection to this plat. However, this review does not constitute any form of construction approval for work on this site

[signature]     12/12/12
Storm Drainage Review     Date

ex MSD SK
Sanitary Drainage Review     Date

INSPECTIONS, PERMITS
& LICENSES APPROVAL
MINOR PLAT
BY: [signature]
DATE: 12/12/12

DB10016PG0290

## SURVEY NOTES

THIS SURVEY DOES NOT REPRESENT:
1.) THAT THIS SURVEY DETERMINES LAND OWNERSHIP.
2.) THAT THIS SURVEY PROVIDES MORE THAN EVIDENCE OF RIGHTS IN LAND.
3.) THAT LAND OWNERSHIP CAN BE ESTABLISHED BY A MEANS OTHER THAN AN ACTION IN A KENTUCKY COURT.

RESEARCH REQUIRED BY MINIMUM TECHNICAL STANDARDS HAS BEEN USED TO DETERMINE THE LOCATION OF THE PARCEL BOUNDARY, AND HAS NOT BEEN USED TO DETERMINE LAND TITLE.

INSTRUMENTS AND EQUIPMENT USED IN CONDUCTING THIS SURVEY WERE PROPERLY ADJUSTED, MAINTAINED, AND CALIBRATED.

THIS SURVEY HAS BEEN PERFORMED BY THE METHOD OF RANDOM TRAVERSE. THE UNADJUSTED ERROR OF CLOSURE WAS 1:46,231. THE UNADJUSTED ERROR OF ANGULAR CLOSURE WAS 03 SECONDS PER TRAVERSE ANGLE TURNED. THIS SURVEY MEETS THE SPECIFCATIONS OF AN URBAN SURVEY.

DIRECTIONS AND DISTANCES SHOWN HEREON HAVE NOT BEEN ADJUSTED FOR CLOSURE.

NO VISIBLE SURFACE INDICATIONS OF CEMETERIES WERE OBSERVED IN THE PERFORMANCE OF THIS SURVEY. THIS DOES NOT PRECLUDE THE EXISTENCE OF UNMARKED CEMETERIES ON THIS PARCEL.

NO HEIGHT LIMITATIONS THAT COULD BE IMPOSED BY THE FEDERAL AVIATION ADMINISTRATION WERE RESEARCHED.

THIS SURVEY DOES NOT PRECLUDE THE EXISTENCE OF OTHER RECORDED, IMPLIED, OR PRESCRIPTIVE EASEMENTS, ENVIROMENTALLY SENSITIVE AREAS, WETLANDS, HAZARDOUS WASTE AREAS, OR UNMARKED CEMETERIES ACROSS OR WITHIN THIS PARCEL.
WILLMOTH INTERNATIONAL, PSC HAS NOT PREPARED OR CAUSED TO HAVE PREPARED TITLE EXAM OR COMMITMENT FOR TITLE FOR THIS PROPERTY.

THIS SURVEY IS SUBJECT TO ALL LAND USE RESTRICTIONS AND ALL APPLICABLE PLANNING AND ZONING ORDINANCES.

BASED UPON MAPS PREPARED BY THE DEPARTMENT OF HOMELAND SECURITY, THE SUBJECT PROPERTY IS IN ZONE X, AREAS DETERMINED TO BE OUTSIDE THE 0.2% CHANCE FLOOD. FLOOD INSURANCE RATE MAP 21111 C 0091 E, EFFECTIVE DATE 12/06/2006.

### PURPOSE OF PLAT

THE PURPOSE OF PLAT IS TO SHIFT LOT LINES BY SUBDIVIDING PARCEL A FROM SPEEDWAY SUPERAMERICA, LLC PROPERTY AS RECORDED IN DEED BOOK 7020, PAGE 875, AND TO CONSOLIDATING PARCEL A WITH SCHLEICHER HOLDINGS, LLC PROPERTY, DEED BOOK 7314, PAGE 195.

### ZONING INFORMATION

THESE PROPERTIES ARE ZONED C1 & C2, AND ARE LOCATED IN THE TOWN CENTER FORM DISTRICT.

### MONUMENT LEGEND

A. 3/4" DIAMETER STEEL REINFORCING BAR FOUND
B. 1-1/4" INSIDE DIAMETER STEEL PIPE FOUND
C. 1/2" REINFORCING BAR WITH LASTIC CAP STAMPED "2711" FOUND
D. 1/2" DIAMETER STEEL REINFORCING BAR WITH PLASTIC CAP STAMPED "2852" SET
E. 1/2" INSIDE DIAMETER STEEL PIPE FOUND

### BASIS OF BEARINGS

BASIS OF BEARINGS IS BASED UPON KENTUCKY STATE PLANE COORDINATE SYSTEM, NORTH ZONE, NORTH AMERICAN DATUM OF 1983, FROM A REAL TIME NETWORK GLOBAL POSITIONING SYSTEM OBSERVATION USING THE KENTUCKY TRANSPORTATION CABINET'S REAL TIME NETWORK.

SURVEY FOR OWNER & CLIENT
SCHLEICHER HOLDINGS, LLC
7604 HIGHWAY 60
SELLERSBURG, IN 47172-1837

OWNER'S ADDRESS
SPEEDWAY SUPERAMERICA, LLC
539 S. MAIN ST.
FINDLAY, OH 45840-3229

WI: 2012066

MINOR SUBDIVISION PLAT
SPEEDWAY SUPERAMERICA, LLC
7400 THIRD STREET ROAD
DEED BOOK 7020, PAGE 875
PVA NO. 062N-0096-0000
ZONE: C2, FORM DIST.: TOWN CENTER
SCHLEICHER HOLDINGS, LLC
5462 NEW CUT ROAD
DEED BOOK 7314, PAGE 195
PVA NO. 062N-0106-0000
ZONE: C1, FORM DIST.: TOWN CENTER



STATE OF KENTUCKY
MARK L. WILLMOTH
2852
LICENSED
PROFESSIONAL
LAND SURVEYOR

COPYRIGHTED 2012
WILLMOTH INTERNATIONAL, PSC

SHEET NO. 2 OF 3

W WILLMOTH INTERNATIONAL, PSC
PROFESSIONAL LAND SURVEYING
205 S. BIRCHWOOD AVE.
LOUISVILLE, KY 40206
(502) 494-4654 WILLMOTH@BELLSOUTH.NET

DB10016PG0291

## SPEEDWAY SUPERAMERICA LLC
### Certificate of Ownership and Dedication

This is to certify that the undersigned is the owner of the land shown on this plat and hereby acknowledges the same to be the plat of the SPEEDWAY LLC (formerly known as SPEEDWAY SUPERAMERICA LLC) Property as recorded in Deed Book 7020, Page 875 in the Jefferson County, Clerk's Office, and do hereby adopt this plan of survey.

Jeffrey J. Wild, Director, Real Estate, Construction & Engineering _[signature]_ 11/29/12
for SPEEDWAY LLC formerly known as SPEEDWAY SUPERAMERICA LLC

### Certification of Acknowledgment

State of Ohio
County of Clark

I, Dawn Woods, a Notary Public in and for the County aforesaid do hereby certify that the foregoing plat of the Speedway LLC (formerly known as SPEEDWAY SUPERAMERICA LLC) Property as recorded in Deed Book 7020, Page 875 in the Jefferson County, Clerk's Office, was this day presented to me by:

Jeffrey J. Wild, Director, Real Estate, Construction & Engineering
known to me, who executed these Certificates in my presence and acknowledges it to be their free act and deed.

APPROVED AS TO FORM

Witness my hand and seal this 29th day of November
My Commission expires: 1st day of November, 2017.
Notary Public _Dawn M. Woods_

DAWN M. WOODS
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Montgomery County
My Comm. Exp. 11/1/17

### Zoning Certificate

With the exception of those existing encroachments which are not affected by the actions of this plat and are noted hereon, We hereby certify all of the lots of this minor subdivision and any existing buildings and improvements thereon and/or any buildings and improvements included in a building permit either applied for or approved thereon are in compliance with all the provisions of the Form District Regulations. With the exception of those encroachments noted on the face of the plat, any such buildings or improvements not in compliance with the Form District Regulations have been granted all necessary variances by the Board of Zoning Adjustment as described in Docket No. N/A or documentation of the existence of the buildings or improvements prior to the adoption of the applicable regulations has been submitted to Planning Commission staff.

Jeffrey J. Wild, Director, Real Estate, Construction & Engineering _[signature]_ 11/29/12
for SPEEDWAY LLC formerly known as SPEEDWAY SUPERAMERICA LLC    Date

## SCHLEICHER HOLDINGS, LLC
### Certificate of Ownership and Dedication

This is to certify that the undersigned is the owner of the land shown on this plat and hereby acknowledges the same to be the plat of the SCHLEICHER HOLDINGS, LLC. Property as recorded in Deed Book 7314, Page 195 in the Jefferson County, Clerk's Office, and do hereby adopt this plan of survey.

_[signatures]_
for SCHLEICHER HOLDINGS, LLC.

### Certification of Acknowledgment

State of Indiana
County of Clark

I, Lesley Kruer, a Notary Public in and for the County aforesaid do hereby certify that the foregoing plat of the SCHLEICHER HOLDINGS, LLC. Property as recorded in Deed Book 7314, Page 195 in the Jefferson County, Clerk's Office, was this day presented to me by:

known to me, who executed these Certificates in my presence and acknowledges it to be their free act and deed.

Witness my hand and seal this 7 day of Dec, 2012.
My Commission expires: 23 day of May, 2015.
Notary Public _Lesley R Kruer_

### Zoning Certificate

With the exception of those existing encroachments which are not affected by the actions of this plat and are noted hereon, We hereby certify all of the lots of this minor subdivision and any existing buildings and improvements thereon and/or any buildings and improvements included in a building permit either applied for or approved thereon are in compliance with all the provisions of the Form District Regulations. With the exception of those encroachments noted on the face of the plat, any such buildings or improvements not in compliance with the Form District Regulations have been granted all necessary variances by the Board of Zoning Adjustment as described in Docket No. N/A or documentation of the existence of the buildings or improvements prior to the adoption of the applicable regulations has been submitted to Planning Commission staff.

_[signatures]_
for SCHLEICHER HOLDINGS, LLC.    Date  12-7-12

WI: 2012066

MINOR SUBDIVISION PLAT
SPEEDWAY SUPERAMERICA LLC
7400 THIRD STREET ROAD
DEED BOOK 7020, PAGE 875
PVA NO. 062N-0096-0000
ZONE: C2, FORM DIST.: TOWN CENTER
SCHLEICHER HOLDINGS, LLC
5462 NEW CUT ROAD
DEED BOOK 7314, PAGE 195
PVA NO. 062N-0106-0000
ZONE: C1, FORM DIST.: TOWN CENTER

SHEET NO. 3 OF 3

**W** WILLMOTH INTERNATIONAL, PSC
PROFESSIONAL LAND SURVEYING
205 S. BIRCHWOOD AVE.
LOUISVILLE, KY 40206
(502) 494-4654  WILLMOTH@BELLSOUTH.NET

.../2012/2012066/2012066.dgn  Nov. 21, 2012  09:49:59

END OF DOCUMENT

18228