

FILED
VANESSA L. ARMSTRONG, CLERK

OCT 16 2019

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
Louisville **DIVISION**

Commonwealth of Kentucky

-vs-

Case No.: 3:15-cv-00354-DJH

Marathon Petroleum Company LP, et al

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Shalini Beth Goyal, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Defendants, Marathon Petroleum Company LP, et al. in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Jones Day

   with offices at

   Mailing address: 325 John H. McConnell Blvd., Suite 600

   City, State, Zip Code: Columbus, OH 43215-2673

   Telephone: (614) 281-3825

   E-Mail: sgoyal@jonesday.com

2. Applicant has been admitted to Bar(s) of the following state(s):

   | State: | Admission Date: | Bar No.: |
   |---|---|---|
   | OH | 11-13-2017 | 96743 |

3. Applicant has attached a certificate of good standing that has been issued no more than ninety (90) days before the date of this motion from the highest court of the state in which Applicant is a resident.

4. Applicant has not been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia, except as provided below: N/A

5. By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Applicant has completed ECF training as follows: by attending court training at the United States District Court for the Southern District of Ohio on December 11, 2018.

7. Applicant tenders with this Motion the following:

   ☑ Electronic Filing Attorney Registration Form required by the Court's Electronic Case Filing Administrative Policies and Procedures. This Form is being sent to the Court via regular mail or hand-deliver.

   ☑ The required *pro hac vice* motion fee of $125.00.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Shalini Beth Goyal to the Western District of Kentucky *pro hac vice* for this case only.

Respectfully submitted,

Shalini Beth Goyal
[Printed Name]

[Signature- hand signed]

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.