UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

COMMONWEALTH OF KENTUCKY,          Plaintiff,

v.          Civil Action No. 3:15-cv-354-DJH-CHL

MARATHON PETROLEUM COMPANY
LP et al.,          Defendants.

\* \* \* \* \*

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants Marathon Petroleum Corporation, Marathon Petroleum Company LP, and Speedway LLC with respect to the federal antitrust claims asserted in this matter by Plaintiff the Commonwealth of Kentucky. The plaintiff's federal antitrust claims are **DISMISSED** with prejudice.

(2) The Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims, which are **DISMISSED** without prejudice.

(3) Consistent with the foregoing, this matter is **CLOSED** and **STRICKEN** from the Court's docket.

(4) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

June 1, 2020

**David J. Hale, Judge**
**United States District Court**